

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00465-CV

**IN THE INTEREST OF T.N.R.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01283
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 30, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice